**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01926-CMA-KMT

YOLANDA MASSEY,

       Plaintiff,

v.

CONN APPLIANCES, INC.,

       Defendant.

**JOINT MOTION TO ADMINISTRATIVELY CLOSE PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

Pursuant to D.C.COLO.LCivR 41.2, Plaintiff, Yolanda Massey, and Defendant, Conn Appliances, Inc., jointly move to administratively close this action pending the completion of arbitration under the parties' Retail Installment Contract and Security Agreement, attached hereto as **Exhibit A**.

Dated: August 24, 2016.

                                                s/ Jenny DeFrancisco
                                                Jenny DeFrancisco
                                                LEMBERG LAW LLC
                                                43 Danbury Road, 3rd Floor
                                                Wilson, Connecticut 06897
                                                Telephone: 203-653-2250
                                                Facsimile: 203-653-3424
                                                jdefrancisco@lemberglaw.com
                                                *Attorneys for Plaintiff*

2

                                                       s/ Matthew A. Morr
Matthew A. Morr
J. Matt Thornton
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
morrm@ballardspahr.com
thorntonj@ballardspahr.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the foregoing **JOINT MOTION TO ADMINISTRATIVELY CLOSE PROCEEDINGS PENDING COMPLETION OF ARBITRATION** with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Jenny DeFrancisco
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT  06897
jdefrancisco@lemberglaw.com

*Attorneys for Plaintiff*

                                          s/  Robin E. Anderson